# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Pedro Perez-Gonzalez,<br>A.K.A.: Eugenio Reynoso-Mayoral<br>A.K.A.: Pedro Alvarez<br>(A 095 802 780)<br>*Defendant* | Case No. 17-6143MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of April 19, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Kathy Lemke

☒ Continued on the attached sheet.

*Complainant's signature*
Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 20, 2017

City and state: Phoenix, Arizona

*Judge's signature*
David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On April 19, 2017, Pedro Perez-Gonzalez, an alien, was found in the United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Douglas, Arizona, on or about December 7, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On April 19, 2017, at or near Mesa, in the District of Arizona, Pedro Perez-Gonzalez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On April 19, 2017, while following a lead from Probation Officer Suastegui of Maricopa County Adult Probation, the Phoenix ICE Fugitive Operations Team (FOT) arrested Pedro Perez-Gonzalez at the Maricopa County Adult Probation Office, at 245 North Centennial Way, in Mesa, Arizona. At the scene, ICE Officer P. Stewart interviewed Pedro Perez-Gonzalez and determined him to be a Mexican citizen, illegally present in the United States. On the same date, Perez-Gonzalez was transported to the Phoenix ICE office for further investigation and processing. Perez-Gonzalez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Pedro Perez-Gonzalez to be a citizen of Mexico and a previously deported criminal alien. Perez-Gonzalez was removed from the United States to Mexico through Douglas, Arizona, on or about December 7, 2009, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Perez-Gonzalez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department

of Homeland Security to return to the United States after his removal. Perez-Gonzalez's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Pedro Perez-Gonzalez in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Perez-Gonzalez presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Perez-Gonzalez entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Perez-Gonzalez's immigration history was matched to him by electronic fingerprint comparison.

5. On April 19, 2017, Pedro Perez-Gonzalez was advised of his constitutional rights. Perez-Gonzalez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about April 19, 2017, Pedro Perez-Gonzalez, an alien, was found in the United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Douglas, Arizona, on or about December 7, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on

April 19, 2017, at or near Mesa, in the District of Arizona, Pedro Perez-Gonzalez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 20th day of April, 2017.

_____
David K. Duncan,
United States Magistrate Judge